**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000469
21-FEB-2025
08:41 AM
Dkt. 47 OGMD**

NO. CAAP-24-0000469

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS FOR AGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-W1, Plaintiff-Appellee, v. KEONI KENNEDY MAIWELA, Defendant-Appellee, and RUTH EVANGELINE MAIWELA, Defendant-Appellant, and ARGENT MORTGAGE COMPANY, LLC; UNITED STATES OF AMERICA; CITIBANK (SOUTH DAKOTA), N.A.; STATE OF HAWAII - DEPARTMENT OF TAXATION; ENCHANTED LAKES RESIDENTS ASSOCIATION, Defendants-Appellees, and JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50, and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC141000370)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, McCullen, J., and Circuit Court Judge Viola, in place of Leonard, Acting Chief Judge, Wadsworth, Nakasone, and Guidry, JJ., recused)

Upon consideration of Plaintiff-Appellee Deutsche Bank National Trust Company, a National Banking Association, as Trustee in Trust for the Benefit of the Certificateholders for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-W1's (**DB**) Motion for Order Dismissing Appeal, filed January 6, 2025 (**Motion**), it appears DB seeks dismissal of the appeal filed by self-represented Defendant-Appellant Ruth Evangeline Maiwela (**Maiwela**) for lack of jurisdiction.

Maiwela appeals from the April 18, 2016 Judgment entered by the Circuit Court of the First Circuit in 1CC141000370.  Maiwela filed her July 9, 2024 notice of appeal more than eight years after entry of the Judgment, which is outside of the thirty-day deadline set forth in Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 4(a)(1).  The record does not indicate that Maiwela received an extension of time to appeal under HRAP Rule 4(a)(4), or that the deadline was otherwise tolled by a timely-filed post-judgment motion under HRAP Rule 4(a)(3).  Compliance with the requirement of timely filing a notice of appeal is jurisdictional.  Grattafiori v. State, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed for lack of jurisdiction.

DATED:  Honolulu, Hawaiʻi, February 21, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Matthew J. Viola
Circuit Court Judge

2